# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: BONAVIA, JOSEPH T | § Case No. 12-82444 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN                     , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　327 South Church Street, Room #1100
　Rockford, IL 61101

　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/16/2013 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  07/30/2013     By:  /s/JOSEPH D. OLSEN
                                                                                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BONAVIA, JOSEPH T § Case No. 12-82444
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 30,148.16 |
| *and approved disbursements of* | $ 22,289.29 |
| *leaving a balance on hand of* [1] | $ 7,858.87 |
| **Balance on hand:** | $ 7,858.87 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,858.87 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 3,764.82 | 0.00 | 3,764.82 |
| Trustee, Expenses - JOSEPH D. OLSEN | 72.99 | 0.00 | 72.99 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,537.50 | 0.00 | 1,537.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,375.31 |
| Remaining balance: | $ 2,483.56 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,483.56 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,558.70 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Il Dept of Revenue | 2,822.58 | 0.00 | 1,537.73 |
| 8P | Illinois Department of Revenue | 1,736.12 | 0.00 | 945.83 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 2,483.56 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,707.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Yellow Book Sales & Distribution | 943.76 | 0.00 | 0.00 |
| 2 | Discover Bank | 15,834.08 | 0.00 | 0.00 |
| 4 | Advanta Bank Corporation | 14,897.60 | 0.00 | 0.00 |
| 5 | FIA CARD SERVICES, N.A. | 3,938.72 | 0.00 | 0.00 |
| 6 | PYOD, LLC its successors and assigns as assignee | 871.55 | 0.00 | 0.00 |
| 7 | American Express Centurion Bank | 4,141.53 | 0.00 | 0.00 |
| 8U | Illinois Department of Revenue | 79.93 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 12-82444-TML
Joseph T Bonavia  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: cshabez     Page 1 of 3     Date Rcvd: Aug 12, 2013
                      Form ID: pdf006     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2013.
```
db              Joseph T Bonavia,    6124 Valhalla Drive,    Loves Park, IL   61111
19141704       +Allied Business Accounts Inc,    POB 1600,    Clinton, IA 52733-1600
19141706       +American Express,    POB 981535,    El Paso, TX 79998-1535
19121131        American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
19141703       +Atty Allyson Misevich,    4615 E State ST Ste 201,    Rockford, IL 61108-2158
19141717       +Atty Koroll,    Koroll Litigation Group Ltd,    630 N Church St,    Ste 302,
                 Rockford, IL 61103-7203
19141713       +Atty Mario Tarara,    3600 E State St,    Rockford, IL 61108-1978
19141708      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    POB 982235,    El Paso, TX 79998)
19071703        BLACKHAWK STATE BANK,    2475 NORTH PERRYVILLE ROAD,    ROCKFORD, IL 61107,
                 ATTORNEY ALLYSON MISEVICH,    4615 EAST STATE STREET, SUITE 201,    ROCKFORD, IL 61108-2158
19141705       +BMO Harris Bank,    POB 94033,    Palatine, IL 60094-4033
19141712       +Citi,    POB 6500,    Sioux Falls, SD 57117-6500
19141707       +Exxon Mobil,    POB 6404,    Sioux Falls, SD 57117-6404
19430616        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19141715       +IL Dept of Revenue,    POB 19042,    Springfield, IL 62794-9042
19570690        Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago IL 60664-0338
19141718       +Patricia Leek,    3245 Windsong,    Rockford, IL 61114-8142
19141716        Patricia Leek,    c/o Jeff Bonavia,    Special Needs Trust,    2310 Harrison Ave,
                 Rockford, IL 61104
19141710       +Slate From Chase Bank,    POB 15298,    Wilington, DE 19850-5298
19347813       +Yellow Book Sales & Distribution,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
                 Timonium, Maryland 21094-5126
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19363409        E-mail/Text: bkr@cardworks.com Aug 13 2013 02:19:16      Advanta Bank Corporation,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
19141709       +E-mail/Text: bkr@cardworks.com Aug 13 2013 02:19:16      Advanta Credit Cards,    POB 9217,
                 Old Bethpage, NY 11804-9017
19141711        E-mail/PDF: mrdiscen@discoverfinancial.com Aug 13 2013 02:40:09      Discover,    POB 30943,
                 Salt Lake City, UT 84130
19355776        E-mail/PDF: mrdiscen@discoverfinancial.com Aug 13 2013 02:40:09      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19141701        E-mail/Text: cio.bncmail@irs.gov Aug 13 2013 02:10:48      INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,    Philadelphia PA 19114-0326
19141714       +E-mail/Text: cio.bncmail@irs.gov Aug 13 2013 02:10:48      IRS,    POB 30309,
                 Memphis, TN 38130-0309
19141702       +E-mail/Text: cio.bncmail@irs.gov Aug 13 2013 02:10:49      Internal Revenue Service,
                 Bankruptcy Section,    POB 7346,    Philadelphia, PA 19101-7346
19456011       +E-mail/Text: resurgentbknotifications@resurgent.com Aug 13 2013 02:14:12
                 PYOD, LLC its successors and assigns as assignee,     of Citibank,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 8
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
19531014*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: cshabez              Page 2 of 3              Date Rcvd: Aug 12, 2013
                              Form ID: pdf006            Total Noticed: 27

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2013**                   **Signature:**        *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez             Page 3 of 3              Date Rcvd: Aug 12, 2013
                              Form ID: pdf006           Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2013 at the address(es) listed below:

```
          Brent D Blair    on behalf of Debtor Joseph T Bonavia mbrlawoffice@sbcglobal.net
          Carole J. Ryczek    on behalf of Trustee Joseph D Olsen carole.ryczek@usdoj.gov
          Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
          Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
          Joseph D Olsen    on behalf of Spec. Counsel Mario  Tararra Jolsenlaw@comcast.net,
           IL46@ECFCBIS.com
          Matthew M. Hevrin    on behalf of Creditor c/o Matthew M Hevrin  Blackhawk State Bank
           mhevrin@hinshawlaw.com, jfornal@hinshawlaw.com
          Matthew M. Hevrin    on behalf of Creditor   Blackhawk State Bank mhevrin@hinshawlaw.com,
           jfornal@hinshawlaw.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Thomas J Lester    on behalf of Creditor c/o Thomas J. Lester  Blackhawk State Bank
           tlester@hinshawlaw.com, ryoung@hinshawlaw.com
                                                                                             TOTAL: 10
```