## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

HONORABLE THOMAS M. LYNCH                    Hearing Date: 9/30/13

Bankruptcy Case No. 12-82444        Adversary No.

Title of Cause: In re: Joseph T. Bonavia

Brief Statement
of Motion:  Trustee's Amended Final Report

Name and Addresses
of moving counsel:

Representing:

### ORDER

IT IS HEREBY ORDERED that the Trustee's Amended Final Report is hereby approved.

ENTER:

DATED: SEP 3 0 2013

THOMAS M. LYNCH
U.S. BANKRUPTCY JUDGE